## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DWAYNE JONES,                  :
                               :
              **Plaintiff**    :
                               :                                    **FILED**
     v.                        :   **3:12-CV-2336**                 **SCRANTON**
                               :   **(JUDGE MARIANI)**
JEROME WALSH,** *et al.*,        :                                    JUL 3 1 2013
                               :
              **Defendants**   :                                    PER _____
                                                                          **DEPUTY CLERK**

## ORDER

**AND NOW, THIS** 31 stH **DAY OF JULY 2013**, upon review of Magistrate Judge

Carlson's Report & Recommendation (Doc. 31) for clear error or manifest injustice,

Plaintiff's Proposed Amended Complaint and Declaration (Doc. 32; Doc. 33), the Amended

Complaint (Doc. 10), the Motion to Dismiss filed by Defendants Walsh and Gordon (Doc.

19), and all accompanying briefs, **IT IS HEREBY ORDERED THAT:**

1. The Report & Recommendation (Doc. 31) is **ADOPTED**.

2. The Motion to Dismiss filed by Defendants Walsh and Gordon (Doc. 19) is

   **GRANTED**.

3. The claims in the Amended Complaint (Doc. 10) against Defendants Walsh and

   Gordon are **DISMISSED WITHOUT PREJUDICE**.

4. The Clerk of Court shall consolidate Plaintiff's Proposed Document and Declaration

   (Doc. 32; Doc. 33) and re-file them as Plaintiff's Second Amended Complaint.

5. The case is remanded to Judge Carlson for further pre-trial proceedings.

Robert D. Mariani
United States District Judge